# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN P. FRANCISCO, | § | |
| | § | No. 219, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of |
| | § | the State of Delaware in and for |
| v. | § | New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1110000711 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 17, 2015
Decided:  July 17, 2015

## O R D E R

This 17th day of July 2015, it appears to the Court that, on June 25, 2015, the Clerk issued a notice directing the appellant, Brian P. Francisco, to show cause why this appeal should not be dismissed for Francisco's failure to (i) file the opening brief and (ii) pay the Supreme Court filing fee in the absence of filing a motion to proceed *in forma pauperis*. Francisco has failed to respond to the notice to show cause and has neither filed the opening brief nor paid the filing fee. Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice